DAVID H. SHERMAN AND MORILLO H. GILLETT, RE-SPONDENTS, *v.* THE INMAN STEAMSHIP COMPANY (LIMITED), APPELLANT.

Judgment reversed, new trial ordered, costs to abide event.

Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HERBERT ESTES *v.* THE WARDEN OF THE CITY PRISON, &c.

Writ dismissed.

Opinion by BRADY, J.

FARRELL FOUNDRY AND MACHINE COMPANY, AP-PELLANTS, *v.* ANVIL HORSE SHOE AND NAIL COM-PANY, RESPONDENTS.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.

CHARLES F. SANFORD, RESPONDENT, *v.* WILLIAM G. McCORMACK AND OTHERS, APPELLANTS.

Order affirmed, without costs, on the ground that the motion should not have been made, pending appeal from the order refusing permission to plead the bankruptcy.

IDA E. AFFLECK, RESPONDENT, *v.* STEPHEN D. AFFLECK, APPELLANT.

Order affirmed.

Opinion PER CURIAM.

VIRGINIA W. SPENCER, RESPONDENT, *v.* GEORGE R. BALDWIN, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.

FRANCIS H. SALTUS, APPELLANT, *v.* ELLIOT F. SHEP-ARD AND OTHERS, RESPONDENTS.

Reargument granted and motion denied, without costs, and without prejudice to a renewal upon proper notice.

Opinion per DANIELS, J.